**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**Darius R. HOFFMAN,**
**Defendant/Appellant.**

**No. ED 100966**

Missouri Court of Appeals
Eastern District
DIVISION FIVE

Filed: November 25, 2014

Erkia Eliason, 1000 W. Nifong, Bldg. 7, Suite 100, Columbia, Missouri 65203, for Appellant.

Robert Bartholomew, Jr., P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Angela T. Quigless, C.J., Patricia L. Cohen, J., and Lisa Van Amburg, J.

## ORDER

PER CURIAM

Darius R. Hoffman appeals the circuit court's judgment, entered after a jury trial, finding him guilty of violating an order of protection, section 455.085, R.S.Mo. (2000), and resisting arrest, section 575.150, R.S.Mo. (2000). We have reviewed the briefs of the parties and the record on appeal. No error of law appears. An extended opinion would serve no jurisprudential purpose. We have provided the parties with a brief written statement setting forth the reasons for our affirmance.

The judgment is affirmed in accordance with Rule 30.25(b).